1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  STEVEN J. WILLETT,                                1:11-cv-00445-GBC (PC)

12          Plaintiff,                                ORDER GRANTING APPLICATION
                                                      TO PROCEED IN FORMA PAUPERIS
13      v.
                                                      (ECF No. 2)
14  CALIFORNIA DEPARTMENT OF MENTAL
    HEALTH, et al.,
15
            Defendants.
16  _____/

17
         Plaintiff  is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
18
    1983.   Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are
19
    civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page
20
    v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000)
21
         In the instant action, plaintiff filed an application to proceed in forma pauperis.  Examination
22
    of these documents reveals that plaintiff is unable to afford the costs of this action.  **Accordingly,**
23
    **the motion to proceed in forma pauperis is GRANTED**.
24
         IT IS SO ORDERED.
25

26  Dated:  ___March 29, 2011___

27                                                    UNITED STATES MAGISTRATE JUDGE

28